**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**MARICELA JUAREZ BERRUM,**

***Petitioner*,**

**v.** **Case No. 5:26-CV-2886-JKP**

**MARKWAYNE MULLIN, et al.,**

***Respondents*.**

**ORDER OF DISMISSAL**

Before the Court is Petitioner's Supplemental Brief (ECF No. 12). Through counsel, Petitioner therein informs the Court that he is no longer in custody and this action is thus moot. With Petitioner's release from detention, the Court **MOOTS** this habeas action. **The Clerk of Court shall close this case**.

**IT IS SO ORDERED this 5th day of November 2026.**

**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**